UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EZELLA GREEN,

    Plaintiff,

v.                                            Case No. 3:17-cv-702-J-39JRK

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion to Stay Pending Arbitration (Doc. 15; Motion) filed on October 20, 2017. In the Motion, the parties agree to submit this matter to binding arbitration pursuant to their arbitration agreement. See generally Motion at 1. Accordingly, it is

**ORDERED:**

    1. The Joint Motion to Stay Pending Arbitration (Doc. 15) is **GRANTED**.

    2. The parties are directed to submit all claims to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et. seq.

    3. This case is hereby **STAYED** pending the completion of the arbitration proceedings. The Clerk of Court is directed to terminate any pending motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

    4. The parties shall file a joint status report upon the conclusion of the arbitration. If the arbitration is not completed by **February 26, 2018**, then the parties shall

file a status report at that time and every 120 days thereafter until the arbitration is completed.

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of October, 2017.

_____
BRIAN J. DAVIS
United States District Judge

va
Copies furnished to:
Counsel of Record